FILED
JUL 2 4 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2461-H |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| HUGO CANDELARIA-OVIEDO (1), ) JOSE PALACIOS-JOYA t/n (2), ) aka Jose Palacios-Hernandez, ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about July 10, 2008, within the Southern District of California, defendants HUGO CANDELARIA-OVIEDO and JOSE PALACIOS-JOYA, aka Jose Palacios-Hernandez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Argumedo-Casares, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: Jul 24, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
7/23/08